## SUPPLEMENTAL CIVIL COVER SHEET
## FOR CASES REMOVED FROM STATE COURT

*This form must be attached to the Civil Cover Sheet at the time
the case is filed in the United States District Court*

State Court County: <u>Hamilton</u>

Case number and caption:

| <u>A 2600372</u> | <u>4900 LLC</u> | vs | <u>Clean Harbors Inc</u> |
|---|---|---|---|
| Case Number | Plainfiff(s) | | Defendant(s) |

Jury Demand Made in State Court: ☒ Yes ☐ No

If "Yes," by which party and on what Date:

| <u>4900 LLC</u> | <u>01/21/2026</u> |
|---|---|
| Party | Date |

| | | |
|---|---|---|
| Were there parties not served prior to removal? | ☐ Yes | ☒ No |
| Were there parties dismissed/terminated prior to removal? | ☐ Yes | ☒ No |
| Were there answers filed in State Court? | ☐ Yes | ☒ No |
| Is there a pending TRO in State Court? | ☐ Yes | ☒ No |

*If you have answered "yes" to any of the above please list parties not served, the parties dismissed/terminated and the parties that filed their answers on the reverse of this page.*

*On the reverse of this page please list all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address and phone number, including area code.*

Are copies of all state case pleadings attached to your removal? ☒ Yes ☐ No

If your answer is "No", when will they be filed:

List the parties that are removing the case:
<u>Clean Harbors Inc</u>

| **Parties Not Served** | **Parties Dismissed** | **Answers Filed** |
|---|---|---|
| *I.E. Defendant John Doe* | *I.E. Defendant John Doe* | *I.E. Defendant John Doe* |
| None | None | None |

| **Party and Type** | **Attorney(s)** |
|---|---|
| *I.E.    Plaintiff John Doe* | *I.E.    Attorney(s) Name* |
| Plaintiff 4900 LLC | *Firm* |
| | *Address* |
| | *City, State, Zip* |
| | *Telephone and Fax Number* |
| | *Supreme Court Number* |
| | Corey H. Bushle (0101220) |
| | Steven C. Coffaro (0065116) |
| | Keating Muething & Klekamp PLL |
| | One East Fourth Street, Suite 1400 |
| | Cincinnati, Ohio 45202 |
| | (513) 579-6400 |
| | (513) 579-6457 |
| | steve.coffaro@kmklaw.com |
| | cbushle@kmklaw.com |

USE A SEPARATE SHEET OF PAPER IF NECESSARY